UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 NOV -2 PM 12: 42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY /s/ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOEL REYES (2),<br><br>　　　　　　　　Defendant. | CASE NO. 12CR3513-BEN<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　　the Court has dismissed the case for unnecessary delay; or

___　　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense as charged in the Information:

TITLE 21 U.S.C. §952 AND 960; TITLE 18 U.S.C. §2.

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 29, 2012

　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　U.S. District Judge